PROB 12C
(6/16)

Report Date: August 27, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 28, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shelby Nicole Naccarato         Case Number: 0980 2:24CR00011-MKD-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99224

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: April 26, 2019

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute and Possess With the Intent to Distribute Controlled Substances, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 70 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: December 22, 2023 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: December 21, 2028 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/12/2024.

On December 26, 2023, a supervision intake was completed. Ms. Naccarato's judgment was reviewed with her. She signed a copy of her judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.<br><br>**Supporting Evidence**: It is alleged that Shelby Naccarato violated the terms of her supervised release by associating with a known felon on or about August 23, 2024.<br><br>On August 23, 2024, the undersigned officer was notified of possible law enforcement contact involving Ms. Naccarato. |

Prob12C
**Re: Naccarato, Shelby Nicole**
**August 27, 2024**
**Page 2**

On August 24, 2024, Ms. Naccarato contacted the undersigned and reported that she was at the residence of another individual under supervision (IUS) on August 23, 2024. The other IUS is the same individual referenced in the petition submitted on August 12, 2024, (ECF No. 5). The IUS in question was contacted by law enforcement in reference to a domestic dispute and was ultimately arrested for an outstanding U.S. Marshals (USMS) warrant. Ms. Naccarato advised this officer that she left the scene before law enforcement arrived. She advised law enforcement called her and she lied about being the individual with the other IUS that resulted in law enforcement being contacted.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 27, 2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

M. K. Dimke

Signature of Judicial Officer

8/28/2024
Date