PROB 12C
(6/16)

Report Date:  August 12, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# Aug 12, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shelby Nicole Naccarato              Case Number: 0980 2:24CR00011-MKD-1

Address of Offender: ███████████████ Spokane, Washington 99224

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge

Name of Supervising  Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: April 26, 2019

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute and Possess With the Intent to Distribute Controlled Substances, 21 U.S.C. § 846 |

| | | |
|---|---|---|
| Original Sentence: | Prison - 70 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: December 22, 2023 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: December 21, 2028 |

## PETITIONING THE COURT

To issue a summons.

On December 26, 2023, a supervision intake was completed. Ms. Naccarato's judgment was reviewed with her. She signed a copy of her judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer. |

**Supporting Evidence**: It is alleged that Shelby Naccarato violated the terms of her supervised release by associating with a known felon, on or about July 16, 2024.

On June 5, 2024, a report on offender under supervision was submitted to the Court alleging two violations of supervised release. One of the alleged violations involved Ms. Naccarato having contact with a known felon, who is also under federal supervision.

On July 16, 2024, the undersigned officer was conducting contacts with persons under supervised release in the community. On this day, Ms. Naccarato's vehicle was observed at

Prob12C
**Re: Naccarato, Shelby Nicole**
**August 12, 2024**
**Page 2**

the residence of the same individual noted in the report on offender under supervision filed on June 5, 2024. This officer attempted to reach Ms. Naccarato by phone. She did not answer, but a short time later, left a voice message apologizing for missing the call and advising she was on her way home from work. However, this officer was still near the residence of the other individual under supervision (IUS)and observed Ms. Naccarato exit the apartment, move her vehicle around the corner, and reenter the apartment building of the other IUS.

2       **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: It is alleged that Shelby Naccarato violated the terms of her supervised release by associating with a known felon, on or about July 31, 2024.

The undersigned officer received a Spokane City Police report referencing a malicious mischief call that occurred on July 31, 2024. It was noted that both Ms. Naccarato and the same IUS noted in alleged violation number 1 above, were together at the other IUS's residence. Ms. Naccarato was being accused of saying, "Your mom is going to die" to another individual, which the officer later verified hearing from a camera recording.

Ms. Naccarato, after being confronted, admitted to being at the residence. She initially denied making the comment, "Your mom is going to die." However, after she was advised the officer heard it from a camera recording, she admitted to saying it, but claimed she was not threatening anyone, rather was just essentially being insensitive to an individual whose mother was ill.

3       **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and as least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Shelby Naccarato violated the terms for her supervised release by consuming a controlled substance, methamphetamine, on or about August 7, 2024.

On August 9, 2024, Shelby Naccarato reported to the United States Probation Office. After being advised a urinalysis would be required, she admitted to consuming methamphetamine on August 7, 2024, and signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

**Prob12C**
**Re: Naccarato, Shelby Nicole**
**August 12, 2024**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     August 12, 2024

                   s/Melissa Hanson

                   Melissa Hanson
                   U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    Other

                   Signature of Judicial Officer

                   8/12/2024

                   Date